UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 19-8682-DMG (AFMx)** | Date | March 10, 2020 |
|---|---|---|---|
| Title | *Jose Estrada v. HMH Property Investments, LP, et al.* | Page | 1 of 1 |

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff(s)
NONE PRESENT

Attorneys Present for Defendant(s)
NONE PRESENT

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE**

On December 10, 2019 and January 2, 2020, 2019, the Court ordered the parties participate in a mediation conference by March 2, 2020. [Doc. ## 24, 27.] As required by the Court's Orders, a joint status report re settlement was due seven (7) days after the mediation conference. To date, a joint status report re settlement has not been filed.

IT IS HEREBY ORDERED that the parties show cause in writing no later than **March 17, 2020**, why sanctions should not be imposed for failure to comply with the Court's Order. The filing of a joint status report re settlement by the deadline will be deemed a satisfactory response.

IT IS SO ORDERED.