**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>HMH PROPERTY INVESTMENTS, LP;<br>MONARCA, INC.,<br><br>　　　　　　Defendants. | Case No.: CV 19-8682-DMG (AFMx)<br><br>**JUDGMENT** |

1   This Court having granted Defendants HMH Property Investments, LP and
2 Monarca, Inc.'s  Motion for Summary Judgment and denied Plaintiff Jose Estrada's
3 Motion for Summary Judgment, by Order dated November 17, 2020,
4       IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor
5 of Defendants and against Plaintiff.

7 DATED:  November 17, 2020

                                                                _____
                                                                DOLLY M. GEE
                                                                UNITED STATES DISTRICT JUDGE